UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) |
| LOGAN J. SMITH | ) Case No. 13-00293-01-CR-W-BCW |
| Defendant. | ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of January 14, 2019, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Logan J. Smith:

**The defendant will enter into and successfully complete an inpatient substance abuse treatment program, as directed by the Probation Office.**

**The defendant shall be monitored by the form of location monitoring indicated below for a period of 30 days (90 days total) and shall abide by all technology requirements:**

**Location Monitoring Technology at the Discretion of the Officer**

**This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**

**You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as preapproved by the officer (Home Detention).**

**The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.**

/s/Brian C. Wimes
_____
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

Dated at Kansas City, Missouri, this 14th day of January, 2019.